IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAH J. NICHOLS, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GENERATION MORTGAGE COMPANY f/k/a CALIFORNIA REVERSE MORTGAGE COMPANY,<br><br>　　　　Defendant. | CIVIL ACTION NO.:<br>1:12-cv-03340-WSD |

## DEFENDANT'S MOTION FOR LEAVE TO FILE REDACTED SETTLEMENT AGREEMENT

Defendant Generation Mortgage Company ("Generation Mortgage") moves this Court for leave to file a redacted version of the settlement agreement between the parties in the above-referenced matter. In support thereof, Generation Mortgage submits its Memorandum of Law herewith.

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendant Generation Mortgage Company certifies that the pleading has been prepared in Times New Roman, 14-point type, which is one of the font and point selections

approved by the Court in Local Rule 5.1(B).

July 30, 2013                                Respectfully submitted,

                                             GENERATION MORTGAGE COMPANY

                                             By:   /s/ Heather S. Lehman
                                                    One of Its Attorneys

                                             Michael P. Roche (admitted *pro hac vice*)
                                             Derek J. Sarafa (admitted *pro hac vice*)
                                             Heather S. Lehman (admitted *pro hac vice*)
                                             WINSTON & STRAWN LLP
                                             Attorneys for Defendant
                                             35 West Wacker Drive
                                             Chicago, Illinois 60601
                                             T: (312) 558-5600
                                             F: (312) 558-5700
                                             mroche@winston.com
                                             dsarafa@winston.com
                                             hlehman@winston.com

                                             Raanon Gal
                                             Georgia Bar No. 100281
                                             FORD & HARRISON LLP
                                             Attorney for Defendant
                                             271 17th Street, NW
                                             Suite 1900
                                             Atlanta, GA 30363
                                             T: (404) 888-3800
                                             F: (404) 888-3863
                                             rgal@fordharrison.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAH J. NICHOLS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERATION MORTGAGE COMPANY f/k/a CALIFORNIA REVERSE MORTGAGE COMPANY,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:12-cv-03340-WSD |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 30, 2013, she filed the foregoing DEFENDANT'S MOTION FOR LEAVE TO FILE REDACTED SETTLEMENT AGREEMENT via CM/ECF and thereby served it upon:

John Thomas Sparks, Sr.
Austin & Sparks, P.C.
2974 Lookout Place, N.E.
Suite 200
Atlanta, GA 30305-3272
jsparks@austinsparks.com

/s/ Heather S. Lehman
Heather S. Lehman