IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DINAH J. NICHOLS, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERATION MORTGAGE COMPANY f/k/a CALIFORNIA REVERSE MORTGAGE COMPANY,<br><br>Defendant. | Civil Action File<br><br>No. 1:12-cv-03340-WSD |

### [PROPOSED] ORDER GRANTING PARTIES' MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Having considered the supporting Memorandum of Law and the Parties' Confidential Settlement Agreement and Mutual General Release, the Court hereby **GRANTS** the Parties' Joint Motion for Approval of Settlement under the terms set forth in the Confidential Settlement Agreement and Mutual General Release, including confidentiality, and DISMISSES WITH PREJUDICE Plaintiff's claims.

SO ORDERED, this 31st day of July 2013.

_____
HON. WILLIAM S. DUFFEY, JR., JUDGE